Anthony M. Camisa, Esq., AC6001
ANTHONY MICHAEL CAMISA, P.C.
323 Willis Avenue
Mineola, New York 11501
Tel: (516) 741-0005
Fax: (866) 831-2098
Email: acamisa@camisaesq.com
*Attorney for Defendant Bluehost, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
THERION INC.,                                                                   Civil Action No. 08-5256-TCP-ETB

           *Plaintiff,*

   -against-

MEDIA BY DESIGN, INC. d/b/a HEALTH WITH
MAGNETS, DENNIS BACKER, and BLUEHOST
INC.,

           *Defendants*.
------------------------------------------------------------X

**[Proposed] ORDER FOR CONTINUANCE AND TO AMEND**

**BLUEHOST, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This day came the parties, by counsel, upon Defendant Bluehost, Inc.'s Notice and Motion for Continuance and to Amend Bluehost, Inc.'s Motion for Partial Summary Judgment, and

It appearing that is proper so to do, it is

ORDERED, ADJUGED AND DECREED that this Motion for Continuance and to Amend Bluehost, Inc.'s Motion for Partial Summary Judgment be filed within 14 days of this Order, and any responses thereto be filed 10 days thereafter and replies to be filed 10 days to follow, and it is further

ORDERED, ADJUGED AND DECREED, that the hearing scheduled for March 5, 2010 be removed from the scheduling docket and continued generally.

**SO ORDERED:**

Dated:_____        _____
          Brooklyn, New York                        Thomas C. Platt, U.S.D.J.